Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Guido L. Peralta*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Guido L. Peralta, <br><br> Plaintiff, <br><br> v. <br><br> CACH, LLC, <br><br> Defendant. | Case No. 2:16-cv-01745-RFB-CWH <br><br> **STIPULATION OF DISMISSAL OF CACH, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Guido L. Peralta ("Plaintiff") and Defendant CACH, LLC ("Defendant") stipulate to

dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of January 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant
CACH, LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 30th day of January, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 29, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148